November 10, 1948; released for publication December 2, 1948. Julius S. Neale, for appellant; Walter E. Moss, of counsel; Thomas J. Barnett, Floyd J. Stuppi, Philip E. Von Ammon and A. R. Peterson, for appellee; A. R. Peterson, Harold W. Huff and John R. Rogers, of counsel. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.

## Geraldine Lewand, Appellant, v. Raymond Lewand, Appellee.

Gen. No. 44,482. 

opinion filed November 10, 1948; released for publication December 2, 1948. Bye, McNeill & McElroy, for appellant; Eugene P. Meegan, for appellee. Opinion by JUSTICE LEWE. Not to be published in full.

## Morris A. Sokoloff et al., Trading as A & A Boiler and Tank Works, Appellees, v. Highway Steel Products Company, Appellant.

Gen. No. 44,155. 

